This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                          **No. 31,671**

**AARON J. UPCHURCH,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**John A. Dean, District Judge**

Gary K. King, Attorney General
M. Victoria Wilson, Assistant Attorney General
Santa Fe, NM

for Appellee

Jacqueline Cooper, Chief Public Defender
Adrianne R. Turner, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

Defendant-Appellant Aaron Upchurch (Defendant) has appealed his convictions for larceny, burglary, conspiracy to commit larceny, and conspiracy to commit burglary. On May 2, 2012, we issued a second notice of proposed summary disposition, proposing to affirm in part and reverse in part. The State has filed a response with this Court indicating that it does not oppose our analysis. Defendant has also filed a memorandum in response in which he indicates that he substantially agrees, while renewing his claim of ineffective assistance of counsel. With respect to this claim, Defendant advances no new argument. We therefore remain unpersuaded.

Accordingly, for the reasons stated in the second notice of proposed summary disposition, we affirm Defendant's convictions for larceny, burglary, and conspiracy to commit larceny. We reverse Defendant's conviction for conspiracy to commit burglary, as well as the habitual offender sentence enhancement, and remand for further proceedings consistent herewith.

**IT IS SO ORDERED.**


_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**

2

_____

**RODERICK T. KENNEDY, Judge**